Maiden Lane Realty Company, Respondent, v. Andrew J. Robinson Company, Appellant. (No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.